**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| MATTHEW H. SWYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES PATENT AND TRADEMARK OFFICE, et al., | ) Case No.: 1:16-cv-00015-LO-IDD |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.1(G), Attorney Michael T. Marr moves the Court for the entry of an order withdrawing his appearance as counsel for Plaintiff Matthew H. Swyers and states as follows in support:

1. Michael T. Marr entered an appearance for Matthew H. Swyers on January 6, 2016.

2. On March 16, 2016, Danny M. Howell left the law firm of Sands Anderson PC and joined Fisher Broyles, LLP. Pursuant to Local Rule 83.1(G), Michael T. Marr seeks to withdraw as counsel of record in this matter.

3. Matthew H. Swyers consents to the withdrawal of appearance.

4. The relief requested will not prejudice Matthew H. Swyers as it will continue to be represented by Danny M. Howell and Fisher Broyles, LLP.

5. Therefore, there is good cause to permit the withdrawal.

**WHEREFORE**, attorney Michael T. Marr respectfully requests that the Court enter an Order attached as Exhibit A granting leave to withdraw as counsel of record for Plaintiff

2

Matthew H. Swyers.

Date:   March 17, 2016  Respectfully submitted,


SANDS ANDERSON PC

           /s/ Michael T. Marr           
Michael T. Marr (VSB No. 48536)
mmarr@sandsanderson.com
1497 Chain Bridge Road
Suite 202
McLean, VA  22101
(703) 893-3600
(703) 893-8484 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov
USAVAE.ALX.ECF.CIVIL@usdoj.gov
*ATTORNEYS FOR DEFENDANTS*

　　　　　　　　　　　/s/Michael T. Marr
Michael T. Marr
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (fax)